## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE: 1:16-cv-25384-KMM

DOUG LONGHINI,

    Plaintiff,

v.

SC (WESTLAND PROMENADE) LIMITED PARTNERSHIP, a Foreign Limited Partnership, SC (WESTLAND PROMENADE) INC., a Foreign Corporation, and AMPY ENTERPRISES, INC., a Florida Corporation d/b/a McDonald's #02095,

    Defendants.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Doug Longhini and Defendants SC (WESTLAND PROMENADE) LIMITED PARTNERSHIP, SC (WESTLAND PROMENADE) INC., and AMPY ENTERPRISES, INC., d/b/a McDonald's #02095, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' settlement agreement, hereby stipulate and agree to the dismissal with prejudice of this action and in support thereof state, as follows:

1. This case was amicably settled and a confidential settlement agreement and release has been executed by all parties to the action.

2. The parties request that the Court enter an Order of Dismissal with Prejudice as to all Defendants.

3. The Court shall retain jurisdiction of the above-styled cause solely for the purpose of enforcing the Agreement.

Stipulated this 3rd day of August, 2017.

By: /s/Anthony J. Perez
ANTHONY J. PEREZ, ESQ.
FBN: 535451
ALFREDO GARCIA-MENOCAL
FBN: 533610
GARCIA-MENOCAL & PEREZ, P.L.
Marina Lakes, Unit 3
4937 SW 74th Court
Miami, FL 33155
E-Mail: ajperezlaw@gmail.com
ajperez@ lawgmp.com
agarciamenocal@lawgmp.com
Telephone: 305-553-3464
Facsimile: 305-553-3031
***Attorneys for Plaintiff***

s/ Mahra Sarofsky
Mahra Sarofsky, Esq.
Fla. Bar No. 33637
Jeremy E. Slusher, Esq.
Fla. Bar No. 145769
SLUSHER YELLIN & ROSENBLUM P.A.
324 Datura Street, Suite 324
West Palm Beach, Florida 33401
Telephone (561) 814-2020
Facsimile (561) 557-4598
Primary Email: jes@syrlawfirm.com
Alternate Email: mcs@syrlawfirm.com
***Attorneys for Defendants SC (Westland Promenade) Limited Partnership and SC (Westland Promenade) Inc.***

/s/ Edward S. Polk
Edward S. Polk, Esq.
Fla. Bar No. 239860
COLE, SCOTT & KISSANE, P.A.
9150 South Dadeland Boulevard, Suite 1400
PO Box 569015
Miami, Florida 33256
Telephone (305) 350-5338
Facsimile (305) 373-2294
Primary Email: edward.polk@csklegal.com
Alternate Email: danise.townsend@csklegal.com
Secondary Email: Octavia.green@csklegal.com
Alternate Email: lissette.duran@csklegal.com
***Attorneys for Defendant Ampy Enterprises Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this 3rd day of August, 2017.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305)553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperezlaw@gmail.com
Secondary E-Mails: agmlaw@bellsouth.net
kturino_agmlaw@bellsouth.net

By: */s/ Anthony J. Perez*
  ANTHONY J. PEREZ